✎AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

|  | DISTRICT OF | CALIFORNIA |
|---|---|---|

UNITED STATES OF AMERICA,
               Plaintiff,

      v.

LUIS ESTRADA-DIAZ,
              Defendant.

**APPEARANCE**

Case Number:    08MJ1659

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

      LUIS ESTRADA-DIAZ

    I certify that I am admitted to practice in this court.

/s/ JOSEPH McMULLEN

| 5/29/2008 | /s/ JOSEPH McMULLEN |
|---|---|
| Date | Signature |

| Joseph McMullen / Federal Defenders of SD | 246757 |
|---|---|
| Print Name | Bar Number |

| 225 Broadway, Suite 900 |
|---|
| Address |

| San Diego, | CA | 92101 |
|---|---|---|
| City | State | Zip Code |

| (619) 234-8467 | (619) 687-2666 |
|---|---|
| Phone Number | Fax Number |

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the

best of his information and belief, and that a copy of the foregoing document has been served

this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov


Dated: May 29, 2008　　　　　　　　　　　　　　　　　　___/s/　Joseph McMullen_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　JOSEPH McMULLEN
　　　　　　　　　　　　　　　　　　　　　　　　　　　Federal Defenders of San Diego, Inc.
　　　　　　　　　　　　　　　　　　　　　　　　　　　225 Broadway, Suite 900
　　　　　　　　　　　　　　　　　　　　　　　　　　　San Diego, CA 92101-5030
　　　　　　　　　　　　　　　　　　　　　　　　　　　(619) 234-8467　(tel)
　　　　　　　　　　　　　　　　　　　　　　　　　　　(619) 687-2666　(fax)
　　　　　　　　　　　　　　　　　　　　　　　　　　　e-mail: Joseph_McMullen@fd.org