# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 08mj1659 |
| Plaintiff ) | |
| ) | ORDER |
| vs. ) | RELEASING MATERIAL WITNESS |
| Luis Estrada-Diaz ) | |
| ) | Booking No. |
| Defendant(s) ) | |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court)).

Luis Medina-Mendez

DATED: 6-10-08

JAN M. ADLER

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____ OR
              DUSM

W. SAMUEL HAMRICK, JR. Clerk

by _____
     Deputy Clerk

R. Rhone